**FILED**
**MARCH 12, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**JUDGE COAR**
**MAGISTRATE JUDGE DENLOW**

| | |
|---|---|
| HILDA and JESUS PULIDO,             ) <br> ) <br> Plaintiffs,   ) <br> ) <br> v.            ) <br> ) <br> SINAI HEALTH SYSTEM, Inc., a corporation ) <br> d/b/a Mount Sinai Hospital Medical Center of ) <br> Chicago, MOUNT SINAI HOSPITAL   ) <br> MEDICAL CENTER OF CHICAGO, a   ) <br> corporation, E. CHARLES LAMPLEY, M.D., ) <br> SERGI KRUTILIN, M.D., and ASRA KAHN, ) <br> M.D.,          ) <br> ) <br> Defendants.   ) | **07 C 1371** <br><br> **WAH** <br><br> Formerly case No. 06 L 6900, <br> Circuit Court of Cook County, Illinois |

### NOTICE OF REMOVAL OF A CIVIL ACTION AND
### SUBSTITUTION OF THE UNITED STATES AS DEFENDANT

To:   Clerk of the Court                  Gregory X. Gorman
      Circuit Court of Cook County        Gorman & Gorman
      Richard J. Daley Center, Room 801   542 South Dearborn Street, Suite 1060
      50 West Washington Street           Chicago, Illinois 60605
      Chicago, Illinois 60602

The United States, by its attorney, Patrick J. Fitzgerald, United States Attorney for the Northern District of Illinois, submits this notice of removal of the above-captioned civil action from the Circuit Court of Cook County, Illinois, to the United States District Court, Northern District of Illinois, pursuant to the Federal Tort Claims Act ("FTCA"), 28 U.S.C. § 2679, and 42 U.S.C. § 233, and in support thereof states the following:

1.   On June 30, 2006, plaintiffs Hilda and Jesus Pulido commenced the above civil action against Sinai Health System, Inc., a corporation d/b/a Mount Sinai Hospital Medical Center of

Chicago; Mount Sinai Hospital Medical Center of Chicago, a corporation; E. Charles Lampley, M.D.; Sergi Krutilin, M.D.; and Asra Kahn, M.D., alleging medical malpractice. A copy of the state court complaint is attached as Exhibit A. For purposes of this lawsuit, E. Charles Lampley, M.D., was a physician for Access Community Health Network (formerly known as Sinai Family Health Centers), a private entity that receives grant money from the Public Health Service pursuant to 42 U.S.C. § 233.

2. This notice of removal is filed in accordance with 28 U.S.C. § 2679(d)(2) and 42 U.S.C. § 233 upon certification by the designee of the Attorney General of the United States that defendant E. Charles Lampley, M.D., was acting within the scope of his employment as a federal government employee at the time of the incidents out of which the claim arose. Exhibit B.

3. This notice of removal may be filed without bond at any time before trial. 28 U.S.C. § 2679(d)(2). Trial has not yet been had in this action.

4. Pursuant to the certification by the Attorney General's designee and the filing of this notice of removal, under 28 U.S.C. § 2679, this civil action is deemed an action against the United States and the United States is substituted as the sole federal party defendant in place of defendant E. Charles Lampley, M.D.

WHEREFORE, this action now pending in the Circuit Court of Cook County, Illinois, is properly removed to this court pursuant to 28 U.S.C. § 2679(d) and 42 U.S.C. § 233, and the United States is substituted as the defendant in lieu of E. Charles Lampley, M.D.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: s/ Thomas P. Walsh
    THOMAS P. WALSH
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 353-5312

# EXHIBIT A

1A

2120 - Served
2220 - Not Served
2320 - Served By Mail
2420 - Served By Publication
**SUMMONS**

2121 - Served
2221 - Not Served
2321 - Served By Mail
2421 - Served By Publication
**ALIAS - SUMMONS**

CCG N001-75M-2/28/05 (43480658)

# IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, ___LAW___ DIVISION

(Name all parties)
HILDA PULIDO AND JESUS PULIDO,

v.

SINAI HEALTH SYSTEM, INC., MOUNT SINAI HOSPITAL OF CHICAGO, E. CHARLES LAMPLEY, M.D., SERGI KRUTILIN, M.D., and ASRA KHAN, M.D.

No. 06 L 6900

Motion Call A

Serve Defendant E. Charles Lampley, M.D.

**ALIAS SUMMONS**

To each Defendant:

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, and pay the required fee, in the Office of the Clerk of this Court at the following location:

☒ Richard J. Daley Center, 50 W. Washington, Room ___801___, Chicago, Illinois 60602

☐ District 2 - Skokie
5600 Old Orchard Rd.
Skokie, IL 60077

☐ District 3 - Rolling Meadows
2121 Euclid
Rolling Meadows, IL 60008

☐ District 4 - Maywood
1500 Maybrook Ave.
Maywood, IL 60153

☐ District 5 - Bridgeview
10220 S. 76th Ave.
Bridgeview, IL 60455

☐ District 6 - Markham
16501 S. Kedzie Pkwy.
Markham, IL 60426

☐ Child Support
28 North Clark St., Room 200
Chicago, Illinois 60602

You must file within 30 days after service of this Summons, not counting the day of service.
**IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF REQUESTED IN THE COMPLAINT.**

To the officer:

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than 30 days after its date.

Atty. No.: 12262
Name: Gregory X. Gorman
Atty. for: Plaintiffs
Address: 542 S. Dearborn St. - Suite 1060
City/State/Zip: Chicago, IL 60605
Telephone: 312-332-4240
Service by Facsimile Transmission will be accepted at: _____

WITNESS, **NOV 0 8 2006**

DOROTHY BROWN
Clerk of Court

Date of service: _____
(To be inserted by officer on copy left with defendant or other person)

Case: 1:07-cv-01371 Document #: 1 Filed: 03/12/07 Page 6 of 12 PageID #:6
01/04/20... 02:47  7732576045     FAMILY MEDICINE DEPT     PAGE 02

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

HILDA PULIDO AND
JESUS PULIDO,

    Plaintiffs,

vs.

SINAI HEALTH SYSTEM, INC. a
Corporation, d/b/a Mount Sinai Hospital
Medical Center of Chicago, MOUNT
SINAI HOSPITAL MEDICAL CENTER
OF CHICAGO, a corporation, E. CHARLES
LAMPLEY M.D., SERGI KRUTILIN M.D.,
and ASRA KHAN M.D.,

    Defendants.

No.

FILED-18

## COMPLAINT

COME NOW the Plaintiffs, Hilda Pulido and Jesus Pulido, by and through their attorneys, Gregory X. Gorman of Gorman and Gorman and Robert J. Drummond of The Drummond Law Firm, and for their Complaint against Sinai Health System Inc., a corporation, d/b/a Mount Sinai Hospital Medical Center of Chicago and Mount Sinai Hospital Medical Center of Chicago, a corporation, ( both hereinafter referred to as "Mount Sinai "), E. Charles Lampley M. D., Sergi Krutilin M.D. and Asra Khan M.d., state and allege as follows:

1.    That on September 14, 2004, and prior thereto, the defendants, Mount Sinai (Hospital and Health) were corporations duly organized under the law of the State of Illinois and they owned and operated a hospital located in the City of Chicago, County of Cook, State of Illinois.

2. That on September 14, 2004, the defendant, E. Charles Lampley M. D. (hereinafter "Lampley M.D."), was an authorized employee and agent, actual or apparent, of defendants, Mount Sinai, and at all times mentioned herein was a clinical instructor in the Department of Obstetrics and Gynecology Residency Program which was operated by defendants Mount Sinai.

3. That on, September 14, 2004, the defendant, Sergi Krutilin M.D. (hereinafter "Krutilin M.D.") was a resident physician and authorized employee and agent, actual or apparent, of defendants Mount Sinai.

4. That on, September 14, 2004, the defendant, Asra Khan M.D.(hereinafter "Kahn M.D.") was a resident physician and authorized employee and agent, actual or apparent, of defendants Mount Sinai.

5. That on September 14, 2004, the plaintiff, Hilda Pulido, came under the care of defendants Mount Sinai (Hospital and Health), Lampley M.D., Krutilin M.D., and Khan M.D., and each of them, for the delivery of her third child, a baby boy.

6. That on September 14, 2004, and at all time mentioned herein, the plaintiff, Jesus Pulido, was the husband of Hilda Pulido.

7. That on September 14, 2004, and in the course of the delivery of her child, Hilda Pulido sustained a fourth degree vaginal septum laceration and /or a fourth degree episiotomy which required surgical repair to return her to her normal condition of health

and functioning.

8. That on September 14, 2004 the defendants, Mount Sinai (Hospital and Health), Lampley M.D., Krutilin M.D. and Khan M.D., and each of them, individually or as agents of Mount Sinai (Hospital and Health), were negligent in one or more of the following respects :

    a. failed to exercise the requisite degree of care in the repair of Hilda Pulido's vaginal laceration or episiotomy;

    b. attached Hilida Pulido's vaginal wall to the pelvic wall ;

    c. attached Hilda Pulido's vaginal wall to her rectum;

    d. closed the laceration/episiotomy in a manner which obstructed her vagina and prevented normal sexual relations and bodily functions;

    e. were otherwise careless and negligent in violation of customary medical practice and the standard of care.

9. That as a result of the negligent and improper repair of Hilda Pulido's vaginal laceration/episiotomy she came under the care of Arturo Menchaca M.D. for a vaginal reconstruction, cystocele repair, retocele repair, and cystoscopy.

10. That the care and treatment provided by Arturo Menchaca M. D. would not have been necessary if the vaginal laceration/episiotomy had been properly performed or repaired on September 14th, 2004.

11. That as a proximate result of one or more of the foregoing negligent acts and/or omissions on the part of the defendants, Mount Sinai (Hospital and Health),

Lampley M.D., Krutilin M.D. and Khan M.D. and each of them, individually or as actual or apparent agents of Mount Sinai, plaintiff Hilda Pulido sustained severe and permanent injuries to her vagina and rectum, injury to her ability to engage in normal sexual relations and other bodily functions, the plaintiff has incurred medical expenses and will in the future incur medical expenses in an effort to cure herself; plaintiff Hilda Pulido has experienced physical pain and suffering in the past and will experience physical pain and suffering in the future. Plaintiff Jesus Pulido has been injured in his ability to enjoy the society of his wife and to enjoy and engage in the normal sexual relations between a husband and wife.

12. That counsel for the plaintiffs, Gregory X. Gonnan and Robert J. Drummond, certify that they have obtained the review of a qualified consulting health professional, Arturo Menchaca M.D., who performed the reconstructive surgery referenced herein, and he has determined that a reasonable and meritorious basis for this suit exists and that the defendants have deviated from the standard of care. That the affidavit of Dr. Arturo Menchaca is attached to this complaint.

WHEREFORE, the Plaintiffs, Hilda Pulido and Jesus Pulido, pray for judgment against the defendants, Sinai Health System Inc., a corporation, Mount Sinai Hospital Medical Center of Chicago, a corporation, E. Charles Lampley M.D., Sergi Krutilin M.D., and Asra Khan M. D., and each of them, in an amount which exceeds the jurisdictional minimum of this Court, or in such an amount that a Court or jury may

deem fit and proper, plus the costs of this suit.

_____
One of the Attorneys for the Plaintiff

FEB 23 07 04:54p    GLAVIN & ASSOC, LTD.
p.8

# EXHIBIT B

## **CERTIFICATION**

Pursuant to the provisions of 42 U.S.C. § 233, and by virtue of the authority delegated to me by the Attorney General under 28 C.F.R. § 15.4 and through the United States Attorney for the Northern District of Illinois, I hereby certify that I have read the first amended complaint in *Hilda and Jesus Pulido v. Sinai Health System, Inc., et al*, No. 06 L 6900 (Circuit Court of Cook County, Illinois) and all attachments thereto. On the basis of the information now available, I find that at the relevant times, Access Community Health Network was a private entity receiving grant money from the Public Health Service pursuant to 42 U.S.C. § 233. Further, I certify that defendant Charles E. Lampley, Jr., M.D., was acting within the scope of his employment with Access Community Health Network with respect to the incidents referred to in the complaint. Accordingly, for purposes of this case, Charles E. Lampley, Jr., M.D., is deemed to be an employee of the United States pursuant to 42 U.S.C. § 233, for Federal Tort Claims Act purposes only.

*/s/ Thomas Walsh*
THOMAS P. WALSH
Chief, Civil Division
Office of the United States Attorney
  for the Northern District of Illinois

Date: March 8, 2007