**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

**HILDA PULIDO and
JESUS PULIDO,**
      **Plaintiffs,**

                          **07 C 1371**
     **-vs-**                **Judge Coar**
                          **Magistrate Judge Denlow**

**SINAI HEALTH SYSTEM, INC.,**
*et al.*
      **Defendants.**

## NOTICE OF FILING

**TO:** Thomas P. Walsh          Jennifer Suttle
     Assistant United States Attorney   Barker Castro, LLC
     219 S. Dearborn Street          115 South LaSalle Street, Suite 2200
     Chicago, Illinois 60604           Chicago, Illinois 60603

Please take Notice that on April 10, 2007 we filed PLAINTIFFS' RESPONSE TO DEFENDANT UNITED STATES' MOTION TO DISMISS, a copy of which is served upon you via First Class Mail or the District Court's Electronic Case Filing System.

                                              //Gregory X. Gorman//
                                          One of the Attorneys for Plaintiff

ROBERT J. DRUMMOND          GREGORY X. GORMAN
The Drummond Law Firm           Gorman and Gorman
33 N. LaSalle St.                        542 S. Dearborn St.
Suite 3350                              Suite 1060
Chicago, IL 60602                   Chicago, IL 60605
(312) 223-1699 x. 222            (312) 332-4240
Attorney No. 42539                 Atty. No. 12262