## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | David H. Coar | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 1371 | **DATE** | 4/23/2007 |
| **CASE TITLE** | Hilda Pulido and Jesus Pulido vs. Sinai Health System, Inc. | | |

**DOCKET ENTRY TEXT**

Pursuant to Plaintiffs' Response to Defendant's motion to dismiss, this case is dismissed without prejudice. Civil case closed.

■[ For further details see text below.]

Docketing to mail notices.
*Mail AO 450 form.

### STATEMENT

Courtroom Deputy Initials: JK(LC)